No. 253.   UNITED STATES *v.* PENN FOUNDRY & MANU-FACTURING Co., INC.   Court of Claims.   Certiorari granted.   *Solicitor General Perlman* for the United States.   *Robert H. McNeill, David G. Bress, T. Bruce Fuller* and *Sheldon E. Bernstein* for respondent.

No. 258.   NATIONAL LABOR RELATIONS BOARD *v.* PITTS-BURGH STEAMSHIP Co.   C. A. 6th Cir.   Certiorari granted.   *Solicitor General Perlman* for petitioner. *Frederick L. Leckie* for respondent.

No. 298.   DEFENSE SUPPLIES CORP. ET AL. *v.* LAWRENCE WAREHOUSE Co. ET AL.   C. A. 9th Cir.   Certiorari granted.   *Solicitor General Perlman* for petitioners.   *W. F. Williamson* and *W. R. Wallace, Jr.* for the Lawrence Warehouse Co.; and *Morris Lavine* for the Capitol Chevrolet Co., respondents.

No. 255.   EISLER *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit. Certiorari granted.   MR. JUSTICE BURTON took no part in the consideration or decision of this application.   *David Rein, Abraham J. Isserman, Carol King* and *Joseph Forer* for petitioner.   *Solicitor General Perlman, Robert S. Erdahl* and *Harold·D. Cohen* for the United States.   *Robert W. Kenny* filed a brief for the National Lawyers Guild, as *amicus curiae,* supporting the petition.

No. 269.   RULLÁN *v.* BUSCAGLIA, TREASURER OF PUERTO RICO.   C. A. 1st Cir.   Certiorari denied.   *Francis A. Ma-*

*hony* and *Fred W. Llewellyn* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *I. Henry Kutz* for respondent. ■

No. 273. AKERS MOTOR LINES, INC. *v.* NEWMAN ET AL. C. A. 5th Cir. Certiorari denied. *M. Neil Andrews* and *A. Walton Nall* for petitioner. *Samuel D. Hewlett* for respondents.

No. 278. COMMERCIAL CASUALTY INSURANCE Co. *v.* ROBERTS. C. A. 6th Cir. Certiorari denied. *A. Shelby Winstead* for petitioner. *James Park* for respondent.

No. 284. WHETSTONE *v.* STATE OF WASHINGTON. Supreme Court of Washington. Certiorari denied. *Melville Monheimer* for petitioner.

No. 286. KELLER *v.* KELLER. Supreme Court of Missouri. Certiorari denied. *J. M. Feigenbaum* for petitioner.

No. 288. STRAUSS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Roswell Magill* and *George G. Tyler* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Helen Goodner* for respondent.

No. 289. LANSDEN ET AL. *v.* HART, U. S. ATTORNEY, ET AL. C. A. 7th Cir. Certiorari denied. *John F. Donelan* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech* and *Roger P. Marquis* for Hart et al., respondents. ■